# 950 CASES REPORTED WITH BRIEF SYLLABI.

notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Charles Firestone, an Attorney.— Referred to Hon. Roger A. Pryor, official referee. Order to be settled on notice. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Frank J. Steffe, Appellant, v. Frederick W. Heinzer and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Julius Lichtenstein, Respondent, v. Regal Motor Car Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Anna Pfirsich, an Infant, Respondent, v. Harriett W. Ayer, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Arthur Wolfsohn Company, Inc., Respondent, v. Max Jaffe and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Villa Faulkner Page, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

George V. Reynolds, Respondent, v. Staten Island Midland Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Max Ostransky, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. David Kalhofer, Appellant, Impleaded with Others.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.; Dowling, J., dissented on the grounds stated in his dissenting memorandum in *People* v. *Swersky* (*ante*, p. 941), decided herewith.

F. Leon Percippe, Respondent, v. Elias Stewart Manee and Another, Appellants.— Judgment and order reversed and new trial ordered, with costs to appellants to abide event, unless plaintiff stipulates to reduce verdict to $500, in which event, judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Catherine M. Beetson, Respondent, v. Emanuel J. Myers and Another, Appellants.— Determination affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

First National Bank of Litchfield, Connecticut, Respondent, v. Mary E. Jones and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.